[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



APR - 3 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clyde McLeod )
_____ )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )
) CIVIL ACTION
)
v. )
)
Northeastern Illinois University )  1:17-cv-02532
_____ )  Judge Matthew F. Kennelly
_____ )  Magistrate Judge Susan E. Cox
_____ )
(Name of the defendant or defendants) )

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is ___Clyde McLeod___ of the county of ___Cook___ in the state of ___Illinois___.

3. The defendant is ___Northeastern Illinois University___, whose street address is ___5500 North St. Louis Ave.___,
(city) ___Chgo___ (county) ___Cook___ (state) ___IL___ (ZIP) ___60625___
(Defendant's telephone number) (___) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address)
___5500 N. St. Louis___ (city) ___Chgo___
(county) ___Cook___ (state) ___IL___ (ZIP code) ___60625___

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-02532 Document #: 1 Filed: 04/03/17 Page 2 of 12 PageID #:2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☒ was hired and is still employed by the defendant.

    (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

    (month)_____, (day)_____, (year)_____.

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has ~~not~~  ☒ has  filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

    (i) ☒ the United States Equal Employment Opportunity Commission, on or about

    (month) Feb. ~~August~~ (day) 8 ~~4~~ (year) 2016

    (ii) ☐ the Illinois Department of Human Rights, on or about

    (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and
    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-02532 Document #: 1 Filed: 04/03/17 Page 3 of 12 PageID #:3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☒ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify):_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) JaN. (day) 9 (year) 2017 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

(a) ☐ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:17-cv-02532 Document #: 1 Filed: 04/03/17 Page 5 of 12 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_See attached sheet_

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Working for the College of Education was very difficult and stressful. Just as putting this together is almost equally as stressful, to the point that it is difficult for me to put this together. I Associate Dean Elliott Lessen, created an atmosphere that was very hostile, intimidating, verbally abusive, and routinely included put downs and insults, to me and other minority employees, and students.

Some examples, I have a Latino female friend who was recently fired from the College of Education, Two minority co-workers, were taken from work by ambulance for stress related incidents, there was spill over between coworkers whereas, one of my fellow co-workers routinely threw me under the bus to alleviate the harassing pressure from him. He also called campus police during a friendly conversation with me, which ended with me telling him he was not my friend, his response was "get the hell out of office," he also told the campus police he felt threaten. During the summer of 2013, I would run in the early morning to help me feel better about going to work, and dealing with such a hostile environment. This was a dark moment in my life, but I always followed department protocol, and my evaluations reflected that I was a competent advisor, even though my advising was always questioned.

There was an incident with Dr. Lessen where I asked him to okay a class for a student and he publically became verbally abusive shouting "NO." The student went to Dean Gillette a week later and received approval for the course after complaining. I was called into a meeting and was blind sided by a claim that I authorized a student who wasn't in the program into clinicals. I was belittled by Dr. Gillette and Dr. Lessen to the point that I was shaking when I left that meeting. As a result it was revealed that their office made the mistake. I felt that, I was in a situation where I could not comment on what was happening due to repercussions, and retaliations. Other incidents include; not getting paid for overtime worked per our contract,

over

My job was considered a promotion going from the janitorial staff to educational advisor. Only to find out later I should have received a ten percent increase for that promotion.

I have some health concerns, and I feel that the university did not reasonably accommodate me over a seven year period regarding those concerns, and after being notified by two Physicians to remove me from the advisors position due to anxiety, stress, and other health issues. One of my doctors wanted to place me on antidepressant, which had some serious side effects associated with its use, I instead opted to mediate, pray, and workout to help with stress. I was also told to retake the test for the custodial position which I did multiple times, scoring in the nineties, only to be told I needed to score 100%. I questioned this because I felt they should transfer me back without the test. After calling Springfield in 2011, and talking to Jeffrey Brownfield, he stated I could do a voluntary demotion. I passed this information along to human resources and was told that was impossible, I suggested they call Springfield for verification and they refused to do so several times (2015). Even though I asked to be moved from the advisors position they used that to bend the rules and eliminated my position, but they kept my white coworker in his position. It seemed as though they were trying to make me feel uncomfortable, so I would quit. It took them seven years to move me, and that was due to budget cuts.2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
*Clyde McLeod*

(Plaintiff's name)
Clyde McLeod

(Plaintiff's street address)
3408 W. Foster #2B

_____

(City) Chgo (State) IL (ZIP) 60625

(Plaintiff's telephone number) (309) - 2874555

Date: 4/3/17

6

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2016-01216 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Clyde McLeod | (309) 287-4555 | 03-10-1952 |

Street Address: 3408 W. Foster Ave., Apt. 2-B, Chicago, IL 60625

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTHEASTERN ILLINOIS UNIVERSITY | 500 or More | (773) 583-4050 |

Street Address: 5500 N St Louis, Chicago, IL 60625

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest — Latest: 08-22-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around September 2001. My most recent position is Janitor. Respondent is aware of my disability. During my employment, I requested but was not granted reasonable accommodations. I have been harassed and demoted.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe I have been discriminated against because of my age, 63 (date of birth: March 10, 1952), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC FEB 0 8 2016 CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 08, 2016 — /s/ Clyde McLeod
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Chicago District Office

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request*.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* Before filing a lawsuit, but within 90 days of your receipt of the Right to Sue, or

* After your lawsuit has been filed. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605, (312) 542-1300.** You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost**. Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2016-01216 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Clyde McLeod | (309) 287-4555 | 03-10-1952 |

Street Address: 3408 W. Foster Ave., Apt. 2-B, Chicago, IL 60625

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTHEASTERN ILLINOIS UNIVERSITY | 500 or More | (773) 583-4050 |

Street Address: 5500 N St Louis, Chicago, IL 60625

RECEIVED EEOC MAR 14 2016 CHICAGO DISTRICT OFFICE

DISCRIMINATION BASED ON (Check appropriate box(es).)
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: — Latest: 08-22-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent in or around September 2001. My most recent position is Janitor. Respondent is aware of my disability. During my employment, I requested but was not granted reasonable accommodations. I have been harassed and demoted.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe I have been discriminated against because of my age, 63 (date of birth: March 10, 1952), in violation of the Age Discrimination in Employment Act of 1967, as amended.

I believe I have been discriminated against because of my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

FEB 08 2016 CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 08, 2016 — *Clyde McLeod* (Charging Party Signature)

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Clyde McLeod<br>3408 W. Foster Ave., Apt. 2-B<br>Chicago, IL 60625 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2016-01216 | Grace Swierczek,<br>Investigator | (312) 869-8144 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____   1/5/17
Julianne Bowman,                  (Date Mailed)
District Director

Enclosures(s)

cc:  Melissa Reardon Henry, Esq.
     General Counsel
     BOARD OF TRUSTEES OF NORTHEASTERN
     ILLINOIS UNIVERSITY
     Office of the President
     5500 N. St. Louis Avenue
     Chicago, IL 60625