# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

CLYDE MCLEOD,                              )
                                          )
                                          )
              Plaintiff,                   )         Cause Number  17-cv-02532
                                          )
              v.                           )         Hon. Judge Matthew Kennelly
                                          )
NORTHEASTERN ILLINOIS                      )
UNIVERSITY,                                )
                                          )
                                          )
              Defendant.                   )         Plaintiff demands trial by jury
                                          )
                                          )
                                          )
                                          )

## STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, CLYDE

MCLEOD, by his attorney, The Law Offices of Albert F. Ferolie, P.C., and Defendant

NORTHEASTERN ILLINOIS UNIVERSITY, by its attorneys, Husch Blackwell, LLP, hereby

agree and stipulate that the matter be dismissed by this Court, with prejudice, and with each party

to pay their own costs and attorneys' fees.


CLYDE MCLEOD


By: s/Albert F. Ferolie
ONE OF HIS ATTORNEYS


Albert F. Ferolie
The Law Offices of Albert F. Ferolie, P.C.
218 North Jefferson Street
Suite 401
Chicago, Illinois 60661

CHI-198964-1

NORTHEASTERN ILLINOIS UNIVERSITY

By: s/Gwendolyn Morales
One of Its Attorneys

Gwendolyn Morales
Husch Blackwell, LLP
120 S. Riverside Plaza
Suite 2200
Chicago, Illinois, 60606